IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CT-3078-D

DESTIN J. MCLEAN,                    )
                                     )
           Plaintiff,                )
                                     )
    v.                               )          **ORDER**
                                     )
UNKNOWN DEFENDANTS,                  )
                                     )
           Defendants.               )

On March 19, 2026, Destin J. McLean ("McLean" or "plaintiff"), proceeding pro se, filed

a letter which the clerk construed as a complaint under 42 U.S.C. § 1983 [D.E. 1]. On March 23,

2026, Magistrate Judge Jones issued an order of deficiency directing McLean to file his complaint

on the forms prescribed for use by this court and to either pay the filing fee or file an application

to proceed without prepayment of fees and affidavit [D.E. 3]. Magistrate Judge Jones warned

McLean that his failure to comply may result in the dismissal of this action without prejudice for

failure to prosecute, and sent him the forms needed to comply with the order. See id. On March

30, 2026, the court received returned as undeliverable the copy of the order it sent to McLean

because he is no longer incarcerated [D.E. 4]. McLean did not provide the court with an updated

address and thereby violated Local Civil Rule 83.3.

The court DISMISSES the action without prejudice for McLean's failure to advise the

court of his new address and for failure to prosecute. The clerk shall close the case.

SO ORDERED. This _30_ day of March, 2026.

> JAMES C. DEVER III
> United States District Judge